UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 2 – 2025

NATHAN OCHSNER
CLERK OF COURT

1:25CV104

Wednesday May 28, 2025

To United States District Clerk
United States Courthouse,

Dear Ma'am/Sir, my name is Gabar Choli. I am a refugee from occupied Kurdistan. I am on hunger strike in Port Isabel Detention Center.

Previously I have written two request letters to the Court that have been filed under the case number 25-CV-083. That case is closed.
I.C.E and D.H.S have a new case against me with file number 25-CV-104.

From what I have been told my request letters have been received and filed on May 21th.
If you please kindly file my request letters from May 9th and May 16 including this one under the case number 25-CV-104 as well.

I humbuly ask the honorable court to consider my request letters and make the appropriate decision on this matter.

Many thanks, in advance

Gabar Choli   Alien #240-439-113
Infermary of Port Isabel Detention Center.

From: Gabar Choli A# 240-439-113
XXX-XX9-113
27991 Buena Vista Blvd.
Los Fresnos, TX 78566

Port Isabel Detention Center.

MAIL
United States District Court
Southern District of Texas

JUNE-2 2025

RECEIVED
Nathan Ochsner, Clerk of Court

INF

78520$7175

30 MAY 2025
MCALLEN TX
30 MAY 2025

2025 MAY 29 AM 8:39

To: United States District Clerk
United States Courthouse
600 East Harrison Street, #101
Brownsville, TX 78520

(956) 982-9685