SOUTHERN DISTRICT OF TEXAS
FILED

JUN 3 - 2025

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-104

NATHAN OCHSNER
CLERK OF COURT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   GABAR   CHOLT

was received by me on *(date)*   05/30/25   .

☑ I personally served the summons on the individual at *(place)*   PORT ISABEL DETENTION CENTER
27991 BUENA VISTA BLVD. LOS FRESNOS, TX   on *(date)*   06/2/25   ; or
78566

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/02/25

_____
Server's signature

MICHAEL A. BARRON / DUSM
Printed name and title

600 E. HARRISON ST. BROWNSVILLE, TX
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas    ☑

| | | |
|---|---|---|
| Department of Homeland Security, Immigration and Customs Enforcement, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:25-cv-104 |
| | ) | |
| Gabar Choli | ) | RECD USMS BROWNSVILLE |
| | ) | MAY 29 2025 PM 4:1 |
| | ) | *F6* |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gabar Choli
Detainee
Port Isabel Detention Center
27991 Buena Vista Blvd.,
Los Fresnos, Texas 78566

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy L. Masso
Assistant U. S. Attorney
U.S. Attorney's Office
600 E. Harrison St., Rm. 201
Brownsville, TX  78520

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: May 29, 2025

*s/ Dori Lee Reyna*
_Signature of Clerk or Deputy Clerk_