UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 1 2 2025

NATHAN OCHSNER
CLERK OF COURT

Sunday June 8th, 2025

To Honorable Rolando Olvera,
United States District Judge For The District Court, Southern District Of Texas.

I am the defendant Gabar Choli refugee from occupied Kurdistan that is responding to the civil lawsuit number 1:25-cv-104,
I am currently detained at the infirmary of Port Isabel Detention Center
27991 Buena Vista Blvd.,
Los Fresnos, Texas 78566

The exact copy of my answer has been served to Nancy L. Masso
Assistant US. Attorney
U.S Attorney's Office 600 E. Harrison St., Rm. 201
Brownsville, TX 78520

By trade I am a professional film maker and I was a good standing member of Directors Guild of Canada since 2014 until August of 2022 when I left Canada to seek asylum in United States of America.
During my film career in Canada as an assistant director I was employed by reputable American film production companies such as Warner bros, Sony, Paramount, Disney, Hallmark and many more.

In past a few years in Canada, after receiving death threats for my political activities and short films, on August 24, 2022 from the Blain Port of Entry in Washington state I entered USA and sought asylum at the port of entry.

After being held in Tacoma Detention Center for almost two month, I received positive credible fear interview. In my fear interview I mentioned that I intended to reside in Los Angeles to have an opportunity to continue my career in film industry. Also ICE officers in Tacoma Detention Center were aware of my intention to reside in Los Angeles. I was released from Tacoma Detention Center I believe on October 15, 2022 and presented myself to ICE office on October 18, 2022 in Los Angeles.

From October 18,2022 until January of 2025 I didn't have work permit. I spent those two years in the library of downtown Los Angeles translating the scripture of Reading (Quran) the final testament of prophet Abraham's religion to Kurdish language, wrote two books and published them. While I was researching to write my third book I received my work permit in January of 2025.

It worth reminding that on January 18, 2024 the immigration judge Honorable Everet granted me Withholding of removal to Iran and deportation to Canada. On the same day I surrendered myself to the deportation officer at the ICE headquarters in downtown Los Angeles. On the same day I was given instructions and permission to apply for work permit and I was released.

On January 24,2025 I requested statues review from ICE  office in downtown Los Angeles, before taking an educational course and starting to work.
I was told to "Again check in in person on February 24,2025 to receive an update on my statues."
On February 24, 2025 when I went for check in I was taken into custedy by a female ICE officer who kept yelling at me why I havent gone to Mexico yet and kept squeezing my hands and fingers yelling at my while taking my finger prints for no reason.

Later that night I was transferred to Desert View Detention Center in Adelanto California.

In Desert View Detention Center, ICE officers disregarded the judges order by pressuring me to sing the deportation forms so they could deport me to Iran. When I told them I literally refuse to sign my death certificate, they wrote "Refused to sign" on the forms and said " ICE would hold me detained indefensibly"
While I was dealing with the horrific possibility of deportation to Iran I endured dietary discrimination, abuse and sleep deprivation as well. To resolve those issues I wrote several letters, grievances to ICE and the detention personal but there was no resolution from my communication in person or in writing. I saw no available avenues to voice my concerns on those matters. Therefore in the afternoon of March 24,2025 when I protested the noisy dormitory. I was taken to a solitary cell.

In the afternoon I was told by a guard that pastor had said "If I didn't eat dinner he would discontinue my Kosher diet" I thought it was an empty threat but when I didn't eat dinner, my Kosher diet was discontinued for breakfast.
On many occasions in Desert View Detention Center I doubted that there were deliberate intentions to use food as tool of abuse by detention personal but on March 24,2025 when pastor used food to prevent me from practicing my religious rites, my doubts became certainty. I like to mention this happened in the holly month of Ramadan and at that point I had been fasting for 24 days already.

Pastor used food as tool of pressure and threat before I had said anything about eating. That day it became obvious that the detention personal used food as tool of abusive communication.
I was physically and mentally exhausted.  I didn't talk to anyone  when they tried to take me to solitary also when I was kept in solitary for days.

If I remember correctly, after 9 days when two ICE officers visited me in solitary, I explained to them that they had subjected me to mental torture for disregarding the judges order and trying to deport me to Iran  & at the same time held me in an abusive environment without due care and supervision. Therefore I wasn't willing to go back to the same environment with the same conditions.

Because of what I had experienced, I asked ICE officers for change in the condition of detention which they said "They would investigate" Also since ICE had previously threatened to hold me detained indefinitely I asked for a tentative deportation date to a country that ICE had made me to choose from the list they presented me at a deportation meeting. I have agreed to be deported to Argentina, Australia or New Zealand and if they didn't deport me in a reasonable time they should give me a tentative release date.

I was told 'That wont happen" And I was threatened If I didn't break my fast I would be sent to the worst detention center. Later on a detention center staff came to the cell and said " They would get an order from a federal judge to shove tubes in me and than send me to Guantanamo Bay"

When The Immigration and Customs Enforcement & The Department of Homeland Security brought the civil law suit 1:25-cv-083 against me on my first hunger strike, I hoped that I would be given an opportunity to communicate to the relevant individuals and the honorable court to relay the issues and seek a peaceful solution but for 11 days Port Isabel detention center personal (security company and ICE) ignored my requests to have access to a computer to type a latter, make legal phone calls, courts address and phone numbers to communicate with the court.
After ICE & DHS had dropped the lawsuit, I was given the courts address.

Now on my 2nd hunger strike I have the opportunity to communicate, I humbly ask for this conditions to be met before I end my peaceful protest.

1- It seems to me due to politically motivated interests in USA, asylum seekers have been misidentified. It seems to me the root which culture of mistreatment germinates from is the word Alien! Therefore I request hereinafter government agencies and associates refrain from using the derogatory word Alien. Instead, those who seek asylum, accurately and respectfully to be called asylum seekers. Asylum is human right and it is world wide recognized. In my humble opinion misidentifying and opening the door to abuse asylum seekers wont solve the issue of asylum.

2- I request and independent party to investigate abuse in detention centers in California so no other asylum seeker has to endure what I have experienced. From what I saw most asylum seekers are newcomers who do not speak English and have open cases in the immigration courts and afraid to protest the abuse and mistreatment. They are afraid of retaliation and negative impacts on their asylum cases.

3- I should remind that I have lived in USA for 2 years before I was taken into custody and I have proven that I am not a dangerous element to the society as ICE has identified me to hold me detained. Also my criminal charge in Canada from August of 2012 should not be held against me. I was a victim of a set up and its been 13 years since that incident. After that charge I went to collage graduated and had a successful career in film industry. Two different judges had 2 different opinions on my case.

There were no evidence but prosecutors approach changed from the 1st trail to the 2nd trail which led to my conviction. I have had no contact with the law since that charge from 2012 and the immigration judge in California has all paper works relevant to my case proceeding from Canada. I should remind I left Canada because of my political activities and death threats, If I had remained in Canada until 2026 per lawyers advise, they would have reinstated my permanent residency again. My Canadian conviction from 13 years ago should not be held against me now. Either I should be given a tentative release date in a reasonable time frame or be given a tentative deportation date in a reasonable time to Argentina, Australia or New Zealand per my agreement with deportation officers at the Desert View Detention Center.

If that is not possible for ICE, I am OK to be deported to a country that would respect the refugee statues that United Nation has granted me with consideration and due process in a timely manner and guarantee that such a country doesn't become a transit destination for my deportation to a country that has invaded Kurdistan (Iran,Iraq,Turkey,Syria) Also the destination country must have a good human rights record.

4- Being said all of this, I love to be given the opportunity to live in USA and If ICE and DHS chose to release me in a reasonable time, they should promis not to retaliate against me for going on hunger strike, by giving me many parol conditions in order to release me.

Many Thanks,
Gabar Choli



From Gabour Chili A# XXX-XX9-113
Port Isabel Detention Center
27991 Buena Vista Blvd
Los Fresnos, Texas 78566

MAIL
United States District Court
Southern District of Texas

JU.. 1 2 2025

RECEIVED
Nathan Ochsner, Clerk of Court

Retail

U.S. POSTAGE PAID
FCM LETTER
HARLINGEN, TX 78550
JUN 10, 2025
$0.73

78520

RDC 99                    S2324D500222-11

TO: Attn U.S. District Clerk
600 East Harrison St. 101
Brownsville, TX 78520