UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HOMELAND SECURITY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. 1:25-CV-00104 |
| | § | |
| GABAR CHOLI, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the Court is Respondent's letter of June 2, 2025 (Dkt. No. 8) ("Letter"). In the Letter, Respondent notes that he submitted letters in a previous—now closed—case (1:25-cv-00083) and that he now requests they be filed in this case. Dkt. No. 8.

Respondent's request, as contained in the letter, is **GRANTED**. The Clerk of the Court is hereby **ORDERED** to file the following documents to this case's docket:

- The "Letter from Gabar Choli." *DHS v. Choli*, 1:25-cv-00083 (S.D. Tex. 2025), Dkt. No. 11.
- The "MOTION for Appointment of Counsel." *DHS v. Choli*, 1:25-cv-00083 (S.D. Tex. 2025), Dkt. No. 12.

Signed on June 23, 2025.

_____
Rolando Olvera
United States District Judge