UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 21 2025

Friday May 16, 2025
To United States District Courts Clerk.

NATHAN OCHSNER
CLERK OF COURT

Dear Sir/Ma'am, my name is Gabar Choli. I am a refugee from occupied Kurdistan by Iran.
This is my third letter that I have written to the court in hope of communicating to the court regarding my hunger strike.
Currently I am being held at the infirmary of Port Isabel detention center for being on hunger strike for the second time.
I am using hunger strike as only and the last option available to protest violation of basic human rights that many other asylum seekers and I have endured in the Desert View Adelanto detention facility California.

When Homeland Security & Immigration and Custom Enforcement brought the law suit 1:25-cv-083 against me for being on hunger strike, I hoped that I would have the opportunity to meet the judge and bring awareness to what had happened but Port Isabel detention centers personals didn't allow me to contact the court until Homeland Security & Immigration and Custom Enforcement closed the lawsuit.

I do not have the financial means to hire an attorney. I would like to ask the court for a court appointed lawyer to file a lawsuit on several grounds for violation of my basic human rights and mishandling of this legal matter by the involved parties.

In detention center I do not have access to legal resources nor I know the law of United States.
Also because of being on hunger strike my movement in the infirmary is very restricted.
Therefore please consider the above facts and give me a lawyer so I can in an appropriate manner within the boundries of the law and courts frame work prepare my lawsuit.

If for any legal reasons I am not permitted to have a court appointed lawyer please consider sending me a new civil complaint form with the instructions on how to fill the complaint and a motion ISP (fee waver) with the instruction on how to fill the application.

Many Thanks in advance,
Gabar Choli Alien #240439113
Port Isabel Detention Center
27991 Buena Vista Blvd Los Fresno, TX 78566

From: Gabar Choli

Alien # XXX-XX9-113

27991 Buena Vista Blvd Los Fresno, TX 78566

Port Isabel Detention Center.

In F

2025 MAY 19 AM 8:03

20 MAY 2025
MCALLEN TX
20 MAY 2025

$0.690
US POSTAGE
FIRST CLASS
063S0001437050
FROM 78566

MAIL
United States District Court
Southern District of Texas

MAY 21 2025

RECEIVED
Nathan Ochsner, Clerk of Court

To: United States District Clerk
United States Courthouse
600 East Harrison Street, Room 101
Brownsville, TX 78520

7852087273