| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| **U.S. Department of Homeland Security and Immigration and Customs Enforcement**<br><br>v.<br><br>**Gabar Choli** | | BROWNSVILLE DIVISION |
| | | CIVIL ACTION NO. **1:25-CV-104** |
| | | **PETITIONER'S WITNESS LIST** |
| LIST OF:<br>TYPE OF HEARING: **INJUNCTIVE RELIEF HEARING** | | |
| JUDGE:<br>**HON. ROLANDO OLVERA** | CLERK:<br>**SANDRA ESPINOZA** | REPORTER:<br>**SHEILA PERALES** |
| No. | NAME OF WITNESS | |
| 1. | Carlos Cisneros, Assistant Field Office Director (AFOD), Port Isabel Detention Center | |
| 2. | Shauna Kincheloe, M.D. (Staff Physician at the Port Isabel Processing Center) | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |

## CERTIFICATE OF SERVICE

I certify that on, June 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sends notice of electronic filing to all parties of record and an additional copy will be hand-delivered to Respondent.

*s/ Nancy L. Masso*

NANCY L. MASSO
Assistant United States Attorney