United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

HOMELAND SECURITY, §
    "Petitioner," §
        §
        §
v. §
        §   Civil Action No. 1:25-cv-00104
        §
GABAR CHOLI, §
    "Respondent." §
        §

## ORDER

Before the Court is Respondent's Letter, dated May 16, 2025 (Dkt. No. 18) ("Letter"). Based on oral arguments at the hearing held June 25, 2025, and interpreting this Letter in the light most favorable to Respondent, he is requesting an attorney be appointed to represent him in this case. Petitioner is **ORDERED** to brief this Court on Respondent's right to an attorney on or before <u>July 7, 2025</u>. A status hearing on this matter is **SCHEDULED** for <u>July 16, 2025,</u> at 3 P.M. CST.

Signed on this ____25th____ day of June 2025.



_____
Rolando Olvera
United States District Judge