UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. 1:25-CV-104 |
| v. | § § | |
| GABAR CHOLI, | § § | |
| Respondent. | § § | |

**PETITIONER'S MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

Petitioner, United States Department of Homeland Security, Immigration and Customs Enforcement, by and through, NICHOLAS J. GANJEI, United States Attorney, moves to dismiss the above-entitled action because Respondent is no longer in Petitioner's custody. Therefore, the relief sought herein is no longer necessary.

WHEREFORE, premises considered, Petitioner prays that this Court dismiss this action.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

BY: *s/ Nancy L. Masso*
NANCY L. MASSO
Assistant United States Attorney
Texas Bar No. 00800490
S.D. Tex. Bar No. 10263
600 E. Harrison, Suite 201
Brownsville, Texas 78520

**CERTIFICATE REGARDING CONSULTATION**

Counsel for Petitioner was unable to consult with Respondent regarding the filing of this Motion prior to his release from custody. It is the undersigned's understanding that Respondent is no longer in the country and no telephone number or email contact information for Respondent was available.

Signed: January 12, 2026        BY: *s/ Nancy L. Masso*
                                                 NANCY L. MASSO
                                                 Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, I electronically transmitted the attached **Motion** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: N/A

I hereby further certify that on January 12, 2026, I instructed staff to mail a copy of this pleading to Respondent at his last known address, to wit:

Mr. Gabar Choli
6158 Alma St.
Vancouver, BC


                                                 BY: *s/ Nancy L. Masso*
                                                 NANCY L. MASSO
                                                 Assistant United States Attorney