United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT | § § § | |
| Petitioner, | § | CIVIL ACTION NO. 1:25-CV-104 |
| v. | § § | |
| GABAR CHOLI, | § § | |
| Respondent. | § § | |

## ORDER GRANTING PETITIONER'S MOTION TO DISMISS

Today, this Court considered "Petitioner's Motion to Dismiss." Petitioner, United States Department of Homeland Security, Immigration and Customs Enforcement, by and through, NICHOLAS J. GANJEI, United States Attorney, states that Respondent is no longer in its custody and that - as a result - the relief sought therein is no longer necessary.

Having considered the Motion and assertions therein, this Court finds that the Motion should be GRANTED.

THEREFORE, IT IS ORDERED, that this case be DISMISSED. Costs are to be assessed against the party that incurred same.

Signed:  February 2, 2026

_____
HON. ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS