UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 11 2026

NATHAN OCHSNER
CLERK OF COURT

1:25-cv-104

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
REYNALDO G. GARZA - FILEMON B. VELA
UNITED STATES COURTHOUSE
600 E. HARRISON STREET #101
BROWNSVILLE, TEXAS 78520-7114

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

United States District Court
Southern District of Texas

FEB 11 2026

RECEIVED
Nathan Ochsner, Clerk of Court

**CERTIFIED MAIL**

MCALLEN TX 785

4 FEB 2026

9 9 0710 5270 3458 6774 70

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 78520
02 7H
0006105134        $ 010.44⁰

FEB 03 2026

Return to Sender
Not here at P.I.D.C
Unauthorized Item
Unable to locate without Last four A#
Officer Signature
Port Isabel Detention Center
All Wrong
No Name
A#

**Gabar Choli, A# 240 439 113**
**Port Isabel Detention Center**
**27991 Buena Vista Boulevard**
**Los l**    NIXIE      782   DE  1            0002/08/26

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

REF   BC: 78520727326      *1638-00703-04-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT<br>Petitioner, | § § § § § | |
| v. | § § | CIVIL ACTION NO. 1:25-CV-104 |
| GABAR CHOLI,<br>Respondent. | § § § § | |

## ORDER GRANTING PETITIONER'S MOTION TO DISMISS

Today, this Court considered "Petitioner's Motion to Dismiss." Petitioner, United States Department of Homeland Security, Immigration and Customs Enforcement, by and through, NICHOLAS J. GANJEI, United States Attorney, states that Respondent is no longer in its custody and that - as a result - the relief sought therein is no longer necessary.

Having considered the Motion and assertions therein, this Court finds that the Motion should be GRANTED.

THEREFORE, IT IS ORDERED, that this case be DISMISSED. Costs are to be assessed against the party that incurred same.

Signed: ___February 2, 2026___

HON. ROLANDO OLVERA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS